In the Matter of the Claim of CHARLES DABKOWSKI, Respondent, against BETHLEHEM STEEL COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.

Argued January 23, 1952; decided March 13, 1952.

*Solon J. Stone* and *Alexander C. Cordes* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky, Wendell P. Brown* and *Roy Wiedersum* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.